UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECYCLE FOR CHANGE,<br>    Plaintiff,<br>    v.<br>CITY OF OAKLAND,<br>    Defendant. | Case No. 15-cv-05093-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 61 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: March 22, 2018

_____
WILLIAM H. ORRICK
United States District Judge